Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-421-213

**Effective Date of Registration:**
October 01, 2024
**Registration Decision Date:**
November 07, 2024

---

## Title

**Title of Work:** Green bus VW

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 15, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Alena Pavluchenko, dba Ellen Paul Art
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Alena Pavluchenko, dba Ellen Paul Art
7 Tonis way, Harwich, MA, 02645, United States

---

## Rights and Permissions

**Name:** Alena Pavluchenko
**Email:** ellenpaulart@gmail.com
**Address:** 7 Tonis way
Harwich, MA 02645 United States

## Certification

**Name:** David Denholm
**Date:** October 01, 2024
**Applicant's Tracking Number:** AP2024100101

